IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


CLAY CALDWELL,                                    )
                              Plaintiff           )
                                                  )
           vs.                                    ) Civil Action No. 09-217
                                                  ) Judge Terrence F. McVerry/
LOUIS FOLINO, Superintendent; JEAN                ) Magistrate Judge Amy Reynolds Hay
W. SCOTT, Business Manager; DAN                   )
DAVIS, Superintendents Assistance &               )
Grievance Coordinator; DEAN                       )
GEEHRING, Mailroom Supervisor,                    )
                              Defendants           )


**O R D E R**

AND NOW, this 21st day of September, 2009, after the Plaintiff, Clay Caldwell,

filed an action in the above-captioned case,  and after a Report and Recommendation was filed

by the United States Magistrate Judge granting the parties until August 3, 2009, to file written

objections thereto,  upon consideration of the objections filed by plaintiff, and upon independent

review of the record, and upon consideration of the Magistrate Judge's Report and

Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the amended civil rights complaint is dismissed

before it is served for failure to state a claim upon which relief can be granted, pursuant to the

screening provisions of the Prison Litigation Reform Act.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.


                         s/ Terrence F. McVerry                
                         TERRENCE F. McVERRY
                         United States District Judge


cc:       Honorable Amy Reynolds Hay
           United States Magistrate Judge

           Clay Caldwell
           EM-2163
           SCI Greensburg
           165 SCI Lane
           Greensburg, PA 15601-9103